JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH HELD and KELLEY RICHARDSON-WRIGHT, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security, in her official capacity,<br><br>Defendant. | CV 15-1732 PA (JCx)<br><br>JUDGMENT |

Pursuant to the Court's August 3, 2015 Minute Order granting the Motion to Dismiss filed by defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant"), which dismissed the individual and class claims asserted by plaintiffs Hugh Held and Kelley Richardson-Wright (collectively "Plaintiffs") for failure to exhaust administrative remedies and dismissed this action without prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

//

//

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendant shall have her costs of suit.

  IT IS SO ORDERED.

DATED: August 3, 2015

                  _____
                  Percy Anderson
                  UNITED STATES DISTRICT JUDGE